IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR162** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUAN GARCIA-LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on the motion of defendant Juan Garcia-Lopez for a bill of particulars (Filing No. 22). The motion does not comply with NECrimR 12.3(b)(3) and paragraph 9 of the Progression Order (Filing No. 18) which provides, in part:

> In the event that any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion **the moving party shall** recite that counsel for the movant has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested matters without the involvement of the court and that such attempts have been unsuccessful. The motion shall further state the dates and times of such conferences.

Filing No. 22 contains no such recitation.

    Accordingly, the motion (Filing No. 22) is denied.

    **IT IS SO ORDERED.**

    DATED this 13th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge